USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JAVIER DELAROSA,

            Defendant.

---

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the January 30, 2012 conference, IT IS HEREBY ORDERED that Defendant Delarosa's bail is revoked.

    IT IS FURTHER ORDERED that Ismael Gonzalez shall replace Xavier Donaldson as Defendant's counsel of record. Mr. Donaldson shall turn over his files to Mr. Gonzalez forthwith.

SO ORDERED.

Dated:    January 30, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE