UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11 Cr. 676 |
| -against- | ECF Case |
| JAVIER DELAROSA | NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of the Defendant.  The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
       August 14, 2012

DEBEVOISE & PLIMPTON LLP

By: __/s/ Andrew J. Ceresney__
    Andrew J. Ceresney
    ajceresn@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorney for Defendant*