UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                                                          :    11 Cr. 676
                                                          :
          -against-                                       :    ECF Case
                                                          :
                                                          :    NOTICE OF ATTORNEY
                                                          :    APPEARANCE AND REQUEST FOR
JAVIER DELAROSA                                           :    ELECTRONIC NOTIFICATION
                                                          :
                        Defendant.                        :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP,

with offices at 919 Third Avenue, New York, New York 10022, appears in the case

captioned above on behalf of the Defendant.  The undersigned respectfully requests that

notice of electronic filing of all papers, as well as copies of all other documents that are

required to be served or delivered to counsel in this action, be transmitted to her at the

address given below.


Dated: New York, New York
       August 14, 2012


                                    DEBEVOISE & PLIMPTON LLP

                                    By:  _/s/ Bethany A. Davis Noll_____
                                         Bethany A. Davis Noll
                                         bdavisnoll@debevoise.com

                                    919 Third Avenue
                                    New York, New York  10022
                                    Phone: (212) 909-6270
                                    Fax: (212) 521-7763

                                    *Attorney for Defendant*