UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-12
```

UNITED STATES OF AMERICA

-v-

JAVIER DELA ROSA,

            Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's letter, received in chambers on August 21, 2012, restating his request for new counsel as made originally in his earlier letter, received in chambers on August 1, 2012. By Order dated August 2, 2012, the Court relieved Ismael Gonzalez as the attorney of record in this matter and appointed Andrew J. Ceresney as substitution counsel, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, *et seq.* Accordingly, Defendant's request is DENIED as moot. Defendant is advised that Mr. Ceresney should be contacting him shortly.

SO ORDERED.

Dated:    August 22, 2012
           New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

A copy of this Order was sent to:

Javier Dela Rosa
MCC – New York
Reg. No.: 65471-054
150 Park Row
New York, New York 10007