# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

# MEMO ENDORSED

August 28, 2012

**VIA EMAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
(212) 805-0264
SullivanNYSDChambers@nysd.uscourts.gov
Courtroom 21C

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-12
```

**United States v. Javier Delarosa, Case No. 11 Cr. 676**

Dear Judge Sullivan:

On behalf of Javier Delarosa, I write to request a three-week extension on the deadline to submit a letter to the Court regarding sentencing of Mr. Delarosa. On July 20, 2012, the Court ordered Mr. Delarosa to submit a letter to the Court regarding his wishes regarding sentencing by September 7, 2012. We request that the deadline be extended to September 28, 2012. The government does not object to this request.

On July 20, Mr. Delarosa appeared before you for sentencing. That sentencing could not proceed, however, because of a factual issue involving an intercepted telephone conversation. On August 2, 2012, an order was entered removing Mr. Delarosa's prior counsel and appointing Andrew J. Ceresney as counsel pursuant to the Criminal Justice Act. Andrew J. Ceresney and I, an associate at his firm, have now filed notices of appearance on Mr. Delarosa's behalf. Due to our recent assignment to this matter, we request a short extension for purposes of responding to the Court's July 20 Order. We have not made any prior requests for an extension in this matter.

Thank you in advance for your consideration.

The Court GRANTS Defendant's request. The government shall submit its response to the Court, copying Defendant, no later than October 5, 2012.

Sincerely,

Bethany Davis Noll

cc: Sarah Paul/Alvin Bragg, AUSA (via email)

SO ORDERED
Dated: 8/28/12
RICHARD J. SULLIVAN
U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai