UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____       │
│ DATE FILED: 10-1-12          │
└─────────────────────────────┘
```

UNITED STATES OF AMERICA

-v-

JAVIER DELAROSA,

Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendant's letter, dated September 28, 2012 and received in chambers on September 29, 2012, indicating that Defendant wishes to proceed with sentencing. In light of Defendant's submission, the government need not respond.  Accordingly, IT IS HEREBY ORDERED that the parties shall appear for sentencing in this matter on October 11, 2012 at 4:00 p.m.  Given that the Court recently appointed new counsel in this matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, *et seq.*, IT IS FURTHER ORDERED that, should Defendant wish to make a new pre-sentencing submission, he shall do so no later than October 5, 2012.  In the event that Defendant makes a new pre-sentencing submission, the government shall respond no later than October 9, 2012.

SO ORDERED.

Dated:      October 1, 2012
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE