UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-12
```

UNITED STATES OF AMERICA

-v-

JAVIER DELA ROSA,

            Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the October 11, 2012 conference, sentencing in this matter is adjourned until October 23, 2012 at 4:00 p.m. Additionally, IT IS HEREBY ORDERED that the parties shall submit a joint letter, no later than October 19, 2012, providing the Court with an update as to how the parties wish to proceed on October 23.

SO ORDERED.

Dated:    October 11, 2012
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE